AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Connecticut

FILED
2016 JUN 20 PM 3 54
U.S. DISTRICT COURT
NEW HAVEN, CT.

United States of America
v.

Elena Ilizarov
*Defendant(s)*

Case No. 3:16MJ 177 (SALM)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 2006 - 2016 in the county of Fairfield in the District of Connecticut, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1343 | Fraud by Wire, Radio, or Television |

This criminal complaint is based on these facts:

See attached Affidavit of Special Agent Gary Sanford, FBI, in support of Arrest Warrant

☑ Continued on the attached sheet.

*Complainant's signature*

Gary Sanford, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/20/2015

/s/ Sarah A. L. Merriam, USMJ
*Judge's signature*

City and state: New Haven, Connecticut

Hon. Sarah A.L. Merriam, United States Magistrate Judge
*Printed name and title*