UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 3:17cr 51 (VAB) |
| v. | : | VIOLATION: |
| | : | 18 U.S.C. § 1343 (Wire Fraud) |
| ELENA ILIZAROV | : | |

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
March 13 2017

INFORMATION

The United States Attorney charges:

COUNT ONE
(Wire Fraud)

The Defendant

1. At all times relevant to this Information, unless otherwise noted, the defendant ELENA ILIZAROV was the office manager of Advanced Dentistry, MI, LLC, and Advanced Dentistry Management, LLC (the "Advanced Dentistry entities").

Scheme to Defraud

2. From in or about 2005 through in or about April 2016, in the District of Connecticut, ILIZAROV knowingly, willfully, and with the intent to defraud, devised and intended to devise a scheme and artifice to defraud private insurance companies offering dental insurance to patients by means of materially false and fraudulent pretenses, representations, and promises, as more fully set forth below.

## Purpose of the Scheme to Defraud

3. The purpose of the scheme and artifice to defraud was to derive profit for ILIZAROV and the Advanced Dentistry entities.

## The Manner and Means of the Scheme

4. As part of the scheme, ILIZAROV obtained the personal identifying information of identity theft victim D.T.M., who was a licensed dentist practicing in the State of Connecticut until approximately November 2011.

5. As part of the scheme, ILIZAROV submitted claims for services allegedly rendered by D.T.M. to various private insurance companies that provided dental insurance to patients of Advanced Dentistry. As ILIZAROV then and there well knew, D.T.M. had not performed those dental services.

6. As part of the scheme, without D.T.M.'s authorization, ILIZAROV renewed D.T.M.'s controlled substance dispensation license and license to practice dentistry in the State of Connecticut, paying the renewal fees with a personal credit card in her name, so that she could continue to submit insurance claims in his name.

## Execution of the Scheme to Defraud

7. On or about April 14, 2016, at 12:22 p.m., in the District of Connecticut and for the purpose of executing and attempting to execute the above-described scheme and artifice to defraud, ILIZAROV knowingly caused the transmission of certain items by wire communication in interstate commerce, namely, by paying $575

with her credit card via PayPal, through servers located outside of the State of Connecticut, to renew the dental license of D.T.M. on a State of Connecticut website.

All in violation of Title 18, United States Code, Section 1343.

UNITED STATES OF AMERICA

DEIRDRE DALY
UNITED STATES ATTORNEY

SARALA V. NAGALA
ASSISTANT UNITED STATES ATTORNEY

David Sheldon /svn

DAVID J. SHELDON
ASSISTANT UNITED STATES ATTORNEY